No. 81–5715.   MINTZ *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS (CALIFORNIA, REAL PARTY IN INTEREST).   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 81–5719.   SHAW *v.* CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 81–5723.   STOKES *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 81–5724.   SANDUTCH *v.* BEDNARZ, DISTRICT MAGISTRATE.   C. A. 3d Cir.   Certiorari denied.

No. 81–5726.   RASBERRY *v.* ESTELLE.   C. A. 5th Cir. Certiorari denied.

No. 81–5732.   WILLIAMS *v.* CIRCUIT COURT, CITY OF ST. LOUIS, DIVISION 1.   Sup. Ct. Mo.   Certiorari denied.

No. 81–5735.   S. L. W. *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES.   Sup. Ct. N. J.   Certiorari denied.

No. 81–5737.   LEWIS ET AL. *v.* EXXON CORP. ET AL. C. A. 5th Cir.   Certiorari denied.

No. 81–5739.   GALLO *v.* MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 81–5742.   ELLIS *v.* SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 81–5745.   SHUMAKE *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.